NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3105

JOAN POSTELL-PORTER,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DE844E080153-I-1.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The Office of Personnel Management moves for an extension of time, until March 26, 2009, to file its brief. The Office of Personnel Management states that Joan Postell-Porter opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joan Postell-Porter
Cameron Cohick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 02 2009

JAN HORBALY
CLERK